# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PHILLIP FOWLER AND JEFFREY SWANS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>OSP PREVENTION GROUP, INC. and )<br>WILLIAM E. MABRY II )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO.<br>1:17-cv-03911-MHC |

## CERTIFICATE OF SERVICE OF OSP PREVENTION GROUP, INC's SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST CONTINUING INTERROGATORIES

I hereby certify that on July 30, 2018, I electronically filed *OSP Prevention Group, Inc's Supplemental Responses to Plaintiffs' First Continuing Interrogatories* using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Mitchell D. Benjamin
Matthew W. Herrington
DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin
Mitchell.Benjamin@dcbflegal.com
Matthew.herrington@dcbflegal.com

                                        */s/ W. Wright Mitchell*
                                        W. Wright Mitchell
                                        Georgia Bar No. 513680

- 2 -