UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHILLIP FOWLER, )<br>JEFFREY SWANS )<br>      **Plaintiffs,** )<br>)<br>v. )<br>)<br>)<br>OSP PREVENTION GROUP, INC. and )<br>WILLIAM E. MABRY II )<br>)<br>      **Defendants.** )<br>_____) | CIVIL ACTION NO.<br>1:17-cv-03911-MHC |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL UNDISPUTED FACTS

Pursuant to Local Rule 56.1, OSP Prevention Group, Inc. and William E. Mabry II (hereinafter "Defendants"), submit this Response to Plaintiffs' Statement of Material Undisputed Facts as follows:

1. Admitted.

2. Admitted.

3. Denied. While a background in law enforcement or investigations is not required, it is highly desired. Deposition of Plaintiff Fowler (Docket No. 54, p. 29).

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied. Plaintiffs can deviate from the steps in the Manual if they believe it is prudent to do so. Deposition of Plaintiff Fowler (Docket No. 54, p. 65-66).

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Denied. The determination of liability is not merely factual. Rather, it requires the analyzing facts and applying the relevant law. Deposition of Plaintiff Swans (Docket No. 55, p. 70-71).

22. Admitted.

23. Admitted.

24. Admitted.

25. Denied. Each damage investigation is unique and the facts of each investigation differ. Deposition of Plaintiff Fowler (Docket No. 54, p. 70); Deposition of Plaintiff Swans (Docket No. 55, p. 40).

26. Denied. Each damage investigation is unique and the facts of each investigation differ. Id.

27. Denied. Plaintiff Swans testified that the damage investigation process is complicated. Deposition of Plaintiff Swans (Docket No. 55, p. 71).

28. Denied. Plaintiffs calculated damage to Comcast property. Deposition of Plaintiff Fowler (Docket No. 54, p. 64).

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. Admitted.

38. Denied. Plaintiffs communicate with Recovery Analysts about settlement. Deposition of Plaintiff Swans (Docket No. 55, p. 29, 54).

39. Admitted.

40. Admitted.

41. Admitted.

42. Admitted.

43. Admitted.

44. Denied. Defendant Mabry responded to all questions posed by opposing counsel about Wadi Muhaisen. Deposition of Defendant Mabry (Docket No. 56, p. 38-39).

45. Denied. Defendant Mabry testified that Mr. Muhaisen also sent him an email. Deposition of Defendant Mabry (Docket No. 56, p. 38-39).

46. Admitted.

47. Denied. Defendant Mabry testified that he did not discover the aforementioned email until the week of his deposition. Deposition of Defendant Mabry (Docket No. 56, p. 39).

Respectfully submitted this 29th day of October, 2018.

/s/ W. Wright Mitchell

Georgia Bar No. 513680
wright@wrightmitchell.com
(404) 272-1878

**ATTORNEY FOR DEFENDANTS**

This document was prepared using one of the fonts authorized by Northern District of Georgia Local Rule 5.1